No. 15-3437

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

Alan G. Keiran and Mary J. Keiran,

                              Plaintiffs-Appellants,

vs.

Home Capital, Inc., BAC Home Loans Servicing, L.P., Bank of New York Mellon, as Trustee for the Holders of CWABS, Inc., Asset-Based Certificates 2007-6,

                              Defendants-Appellees.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA, CIV. NO. 10-4418 (DSD/JSM)
THE HONORABLE DAVID S. DOTY, JUDGE

_____

**ADDENDUM TO BRIEF OF APPELLEES
BANK OF AMERICA, N.A. (successor by merger to BAC
HOME LOANS SERVICING, L.P.), AND BANK OF NEW YORK
MELLON, AS TRUSTEE FOR THE HOLDERS OF CWABS, INC.,
ASSET-BASED CERTIFICATES 2007-6**

_____

                              D. Charles Macdonald
                              Aaron D. Van Oort
                              Michelle E. Weinberg
                              FAEGRE BAKER DANIELS LLP
                              2200 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, MN 55407
                              (612) 766-7000

                              Attorneys for Defendants-Appellees

# INDEX TO ADDENDUM

September 27, 2011 Order ..............................................................................Add. 1

September 30, 2011 Amoun Sayaovong letter to Minnesota
District Court Judge David S. Doty. ..............................................................Add. 2

Add. 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALAN G. KEIRAN, et al.,　　　　　　　　　　　　　CIVIL NO. 10-4418 (DSD/JSM)

　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　ORDER

HOME CAPITAL, INC., et al.,

　　　　Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge.

The above matter came on before the undersigned upon Plaintiffs' Motion to Compel Defendants to Respond to Plaintiffs' Discovery [Docket No. 18].

Amoun Vang Sayaovong, Esq. appeared on behalf of plaintiffs.  Michelle E. Weinberg, Esq. appeared on behalf of defendants.

The Court, being duly advised in the premises, upon all of the files, records, and proceedings herein, and for the reasons stated on the record at the hearing, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

Plaintiffs' Motion to Compel Defendants to Respond to Plaintiffs' Discovery [Docket No. 18] is **DENIED**.

Dated:　　September 27, 2011　　　　　　s/ *Janie S. Mayeron*
　　　　　　　　　　　　　　　　　　　　　JANIE S. MAYERON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge



# LEGAL SOLUTIONS LLC

Amoun Vang Sayaovong, Attorney
150 Eaton Street ⬥ St Paul  MN  55107
TEL: 651.815.0015 FAX: 651.815.0515

---

Friday, September 30, 2011

Judge David S. Doty
United States District Court
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE. Alan G. Keiran and Mary J. Keiran v. Home Capital Inc. et al.
    Case number: 10-4418 (DSD/JSM)

Judge Doty,

Thank you kindly for granting the extension of time to Mr. Keiran to review the documents and interrogatories.  The Keirans greatly appreciate your regard for due process.  After further review, we do not have any additional arguments to present at this time.  I write this letter as a courtesy to the court to notify it of this fact.

However, Mr. Keiran would like to reiterate that only one copy of the required truth in lending disclosure statement was delivered when two copies are clearly required by statute.

Again, thank you for the opportunity given to Mr. Keiran.

Best Regards,

/s/ Amoun Sayaovong

cc. Alan G. Keiran, Michelle Weinberg.

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Date: February 9, 2016 | *s/Aaron D. Van Oort* <br> D. Charles Macdonald <br> Aaron D. Van Oort <br> Michelle E. Weinberg <br> FAEGRE BAKER DANIELS LLP <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402-3901 <br> (612) 766-7000 <br><br> *Attorneys for Appellees Bank of America, N.A. (successor by merger to BAC Home Loans Servicing, L.P.), and Bank of New York Mellon, as Trustee for the Holders of CWABS, Inc., Asset-Based Certificates, Series 2007-6* |